

November 20, 2025

Direct Dial: (212) 894-6863
Direct Fax: (212) 370-4453
asurcouf@condonlaw.com

VIA ECF

Hon. Clay Kaminsky
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Hassan v. Delta Airlines, Inc. et al.
   Case No. 1:25-cv-03320-LDH-CHK
   C/F Ref: 2462.11060

Dear Judge Kaminsky:

We are attorneys for Defendant Delta Air Lines, Inc. in the above-referenced action.

On November 20, 2025, Delta served the enclosed disclosure pursuant to the Court's November 6, 2025, Order directing Delta to take steps to request video of the November 12, 2024, incident. No such video exists.

Respectfully submitted,

Allison M. Surcouf, Esq.
*Attorneys for Defendant*
*Delta Air Lines, Inc.*

Enclosure

**Condon & Forsyth LLP** / 7 Times Square / New York, NY 10036
Tel 212.490.9100 / Fax 212.370.4453 / condonlaw.com

**New York / Los Angeles / Miami / Sacramento / Seattle**

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAJID HASSAN,
                        Plaintiff,           Case No.: 1:25-cv-03320

        - against -                          DISCLOSURE PURSUANT TO
                                             COURT ORDER DATED
DELTA AIRLINES INC., OPERATED BY             NOVEMBER 6, 2025
DELTA AIR LINES, and DELTA AIR LINES
INC., OPERATED BY VIRGIN ATLANTIC,
                        Defendants.

-----------------------------------------------------------x
```

Defendant DELTA AIR LINES, INC., (hereinafter "Delta") by and through its attorneys, Condon & Forsyth LLP, hereby provides the following disclosure pursuant to the Court's November 6, 2025, Order:

Delta is not the custodian of any video depicting the November 12, 2024, incident, as described in Plaintiff's Complaint. As ordered, Delta has requested a copy of any such video from JFK International Air Terminal LLC, the operator of JFK Terminal 4, who does not possess any video or record pertaining to Plaintiff.

Dated: New York, New York
       November 20, 2025

                              CONDON & FORSYTH LLP

                              By /s/ Allison Surcouf
                                  Allison Surcouf
                                  asurcouf@condonlaw.com
                              7 Times Square
                              New York, New York 10036
                              (212) 490-9100

                              *Attorneys for Defendant*
                              DELTA AIR LINES, INC.

TO:    Sadaf Saddique, Esq.
         sadaf@libertylawny.com
         Liberty Law Firm PLCC
         1100 Coney Island Ave, Suite 402
         Brooklyn, New York 11230
         (718) 899-8899

         *Attorney for Plaintiff*
         MAJID HASSAN


         Deborah A. Elsasser
         delsasser@elglawnyc.com
         Elsasser Law Group, PC
         1556 Third Avenue, Suite 201C
         New York, New York 10128
         (347) 815-7626

         *Attorneys for Defendant*
         VIRGIN ATLANTIC AIRWAYS LIMITED